UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTINA M. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | NO. C13-5627RSL<br><br>ORDER OF REFERENCE |

The filing fee in this matter was paid on September 17, 2013, therefore;

IT IS ORDERED that this matter is referred to United States Magistrate Judge Brian A. Tsuchida, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3, and 4, and Fed. R. Civ. P. 72.

Dated this 19th day of September, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE-1