1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE

9    CORTINA M. ROGERS,

10                   Plaintiff,

11            vs.                                  NO.  C13-5627RSL

12   CAROLYN W. COLVIN, Acting                     ORDER OF REFERENCE
     Commissioner of Social Security
13   Administration,

14                   Defendant.

15          The filing fee in this matter was paid on September 17, 2013, therefore;

16          IT IS ORDERED that this matter is referred to United States Magistrate Judge Brian A.

17   Tsuchida, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3, and 4, and Fed. R. Civ. P. 72.

18

19

20          Dated this 19th day of September, 2013.

21

22                                         _____
                                           Robert S.  Lasnik
23                                         United States District Judge

24

25

26

27

28   ORDER OF REFERENCE-1