IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CORTINA ROGERS,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Civil No. 3:13-CV-5627-RSL-BAT<br><br><br>ORDER |

Based on Plaintiff's Motion, it is hereby ORDERED that the Briefing Schedule be amended and the dates for Briefing extended as follows:

Plaintiff's Opening Brief: Due by March 19, 2014;

Defendant's Responsive Brief: Due by April 16, 2014; and

Plaintiff's Reply Brief: Due by April 30, 2014.

Dated this 31st day of January 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Page 1     ORDER [3:13-CV-5627-RSL-BAT]

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA   98383
Telephone:  (360) 329-6968
FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com
Attorney for Plaintiff