UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTINA M. ROGERS,

      Plaintiff,

 v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

Case No. C13-5627-RSL

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings.

(3) On remand, the ALJ shall (1) obtain an updated medical opinion from a medical expert regarding the degree of functional limitation caused by Ms. Rogers's mental impairments; (2) reevaluate whether Ms. Rogers's mental impairments, alone or in combination, met or equaled a listed impairment; and (3) further develop the record and continue with the remainder of the five-step disability

evaluation process, including a reassessment of the VA disability rating, as necessary.

The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 2nd day of June, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
PROCEEDINGS - 2