UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTINA M. ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C13-5627-RSL<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES, EXPENSES, AND COSTS** |

The Court has considered plaintiff's motion (Dkt. 30), the parties' arguments, the Report and Recommendation of the Honorable Brian A. Tsuchida, and the balance of the record and hereby **ORDERS** as follows:

(1)    Plaintiff's motion for attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs pursuant to 28 U.S.C. § 1920 (Dkt. 30) is **GRANTED**.

(2)    Plaintiff is awarded attorney fees in the amount of $5,328.13 and expenses in the amount of $20.31, for a total of $5,348.44, under 28 U.S.C. § 2412(d) (EAJA). Plaintiff is awarded costs in the amount of $400.00 under 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

(3)    If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586

ORDER GRANTING MOTION FOR ATTORNEY FEES,
EXPENSES, AND COSTS - 1

1  (2010), then the check for EAJA fees shall be made payable to her attorney, Christopher H.

2  Dellert, based upon Ms. Rogers's assignment of these amounts to her attorney.  The checks for

3  EAJA fees and costs shall be mailed to Christopher H. Dellert, at Dellert Baird Law Offices,

4  PLLC, P.O. Box 3757, Silverdale, WA, 98383.

5   DATED this 31st day of Oct., 2014.

*[signature]*

ROBERT S. LASNIK
United States District Judge

ORDER GRANTING MOTION FOR ATTORNEY FEES,
EXPENSES, AND COSTS - 2